UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND,

         CASE NO. 6:21-cv-10-Orl-78EJK

   Plaintiff,

      v.

BEACHSIDE TAVERN, LLC, d/b/a
BEACHSIDE TAVERN,

   Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendant, BEACHSIDE TAVERN, LLC, d/b/a BEACHSIDE TAVERN, and Plaintiff, MICHELLE STRICKLAND, pursuant to M.D.Fla.L.R. 3.08, hereby provide notice to this Honorable Court that they have reached a settlement in the above-captioned action and are working on reducing their agreement to writing in the form of a Settlement Agreement. The parties therefore request a stay of all deadlines in this action and will file a Joint Stipulation of Dismissal with Prejudice within the next fourteen (14) days.

   Dated May 27, 2021.

LAW OFFICES OF JOE M. QUICK, ESQ.

By: /s/ Joe M. Quick
   Joe M. Quick, Esq.
   Email Address:
   JMQuickEsq@gmail.com
   1224 S. Peninsula Drive #604
   Daytona Beach, FL 32118
   Telephone: (386) 212-3591
   ATTORNEY FOR PLAINTIFF

COBB COLE
Attorneys at Law Since 1925

/s/ *Holly W. Zitzka*
HOLLY W. ZITZKA
FLA. BAR NO. 111824
Primary e-mail address:
Holly.Zitzka@CobbCole.com
Secondary e-mail address:
Lori.Dumont@CobbCole.com
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9282
Facsimile: (386) 248-0323

042307

1

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2021, a true and correct copy of the foregoing was served electronically via the CM/ECF system on the following:

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Email: JMQuickEsq@gmail.com

By: /s/ *Holly Woersching Zitzka*
Attorney