UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHELLE STRICKLAND,

    Plaintiff,

CASE NO. 6:21-cv-10-Orl-78EJK

        v.

BEACHSIDE TAVERN, LLC, d/b/a
BEACHSIDE TAVERN,

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The Parties, Defendant, BEACHSIDE TAVERN, LLC, d/b/a BEACHSIDE TAVERN, and Plaintiff, MICHELLE STRICKLAND, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby provide this notice to this Honorable Court of voluntary dismissal of this action, with prejudice.

Dated June 1, 2021.

LAW OFFICES OF JOE M. QUICK, ESQ.

By: /s/ Joe M. Quick
    Joe M. Quick, Esq.
    Email Address:
    JMQuickEsq@gmail.com
    1224 S. Peninsula Drive #604
    Daytona Beach, FL 32118
    Telephone: (386) 212-3591
    ATTORNEY FOR PLAINTIFF

/s/ *Holly W. Zitzka*
HOLLY W. ZITZKA
FLA. BAR NO. 111824
Primary e-mail address:
Holly.Zitzka@CobbCole.com
Secondary e-mail address:
Lori.Dumont@CobbCole.com
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: (386) 323-9282
Facsimile: (386) 248-0323
ATTORNEY FOR DEFENDANT

042307

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2021, a true and correct copy of the foregoing was served electronically via the CM/ECF system on the following:

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Email: JMQuickEsq@gmail.com


By: /s/ *Holly Woersching Zitzka*
      Attorney